

NUMBER 13-09-00108-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: BARRY DWAYNE MINNFEE

On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curam[1]

Relator, Barry Dwayne Minnfee, pro se, filed a petition for writ of mandamus on February 26, 2009, through which he generally appears to request enforcement of an alleged default judgment.

The Court, having examined and fully considered the petition for writ of mandamus is of the opinion that the petition should be denied. The petition fails to clearly ask this Court to command another to do or refrain from doing some act, and further fails to allege or show the violation of a ministerial duty or a clear abuse of discretion. *See Walker v.*

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

*Packer*, 827 S.W.2d 833, 839 (Tex. 1992). Moreover, the petition for writ of mandamus fails to comply with the Texas Rules of Appellate Procedure. *See generally* Tex. R. App. P. 52.3. Accordingly, the petition for writ of mandamus is DENIED. *See id.* 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 27th day of February, 2009.